# HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

AREA CODE 302
573-4800

TELECOPIER
573-4806

May 19, 2005
Refer to PI05-15917

**ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:  Ratliff v. NPC International, Inc.
C.A. No. 05-CV-43 (JJF)

Your Honor:

Pursuant to the Court's letter of May 5, 2005, please be advised that the parties have held the required discovery and scheduling conference and hereby submit a proposed Pre-Trial Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2. If the Court has any questions concerning the proposed Order, counsel is available at the Court's convenience.

The parties further request that this matter be referred to Magistrate Judge Thynge for the scheduling of a settlement conference.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/243485
Enclosure
cc:  Noel E. Primos, Esquire (w/enc.)
     Steven R. Sedberry, Esquire (w/enc.)