File No. PI05-15917
Document No. 245083

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF,<br><br>　　　　　Plaintiff<br><br>v.<br><br>NPC INTERNATIONAL, INC., a<br>Kansas corporation, d/b/a<br>Pizza Hut,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)   Case No. 05-CV-43 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

　　PLEASE TAKE NOTICE that on the 26th day of May, 2005, Defendant's First Request for Production of Documents, Writing and Things to Plaintiff and Defendant's First Interrogatories to Plaintiff were forwarded to counsel as follows via first class mail:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903-0497

　　　　　　　　　　　　　　　　HECKLER & FRABIZZIO

　　　　　　　　　　　　　　　　/s/ D. Bennett
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DANIEL P. BENNETT, I.D. #2842
　　　　　　　　　　　　　　　　The Corporate Plaza
　　　　　　　　　　　　　　　　800 Delaware Avenue, Suite 200
　　　　　　　　　　　　　　　　P.O. Box 128
　　　　　　　　　　　　　　　　Wilmington, DE  19899-0128
　　　　　　　　　　　　　　　　(302) 573-4800
　　　　　　　　　　　　　　　　Attorney for Defendant

June 1, 2005