

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF, ) | |
| ) | |
| Plaintiff ) | Judge Joseph J. Farnan, Jr. |
| v. ) | Magistrate Judge Mary Pat Thynge |
| ) | |
| NPC INTERNATIONAL, INC., a ) | Case No.: 1:05-cv-00043-JJF |
| Kansas corporation, d/b/a ) | |
| Pizza Hut, ) | |
| ) | |
| Defendant. ) | |

**FILED**
JUN - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

**MOTION TO WITHDRAW**

COMES NOW, Steven R. Sedberry, of the law firm of Lewis, Fisher, Henderson, Claxton, & Mulroy, LLP, one of the attorneys for NPC International, Inc. in the above-styled case, and moves to withdraw as counsel of record. As grounds for this Motion, counsel shows as follows:

1. Mr. Sedberry has resigned from the law firm of Lewis, Fisher, Henderson, Claxton & Mulroy, LLP, in order to accept employment with VF Corporation in Nashville, Tennessee.

2. Charles V. Holmes of the law firm of Lewis, Fisher, Henderson, Claxton & Mulroy, LLP, and Dan Bennett of the law firm of Heckler & Frabizzio will continue to represent Defendant in the above-styled case.

3. Defendant will not be prejudiced by the withdrawal of Steven R. Sedberry as co-counsel of record.

WHEREFORE, PREMISES CONSIDERED, Steven R. Sedberry prays this Court for

leave to withdraw from this case as counsel for Defendant.

Respectfully submitted,

By: _____
Steven R. Sedberry, *Pro Hac Vice*
Charles V. Holmes, *Pro Hac Vice*
LEWIS, FISHER, CLAXTON &
   MULROY, LLP
6410 Poplar Avenue
Memphis, Tennessee 38119
(901) 767-6160 (telephone)
(901) 767-7411 (facsimile)

Daniel P. Bennett
Delaware Bar No. 2842
HECKLER & FRABIZZO
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302)-573-4800 (telephone)
(302)-573-4806 (facsimile)

**ATTORNEYS FOR NPC INTERNATIONAL, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiff regarding this matter and counsel for Plaintiff does not object to said withdrawal from this matter.

_____
Steven R. Sedberry

## CERTIFICATE OF SERVICE

I hereby certify that I have this _2_ day of ~~May~~ June, 2005, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing **MOTION TO WITHDRAW** to:

>William D. Fletcher, Jr.
>Noel E. Primos
>Schmittinger & Rodriguez, P.A.
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497

*[signature]*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> NPC INTERNATIONAL, INC., a ) <br> Kansas corporation, d/b/a ) <br> Pizza Hut, ) <br> ) <br> Defendant. ) | Judge Joseph J. Farnan, Jr. <br> Magistrate Judge Mary Pat Thynge <br><br> Case No.: 1:05-cv-00043-JJF |

## ORDER

Upon the motion of attorney Steven R. Sedberry, one of the attorneys of record for NPC International, Inc. and finding that the motion is well taken and should be granted,

IT IS ORDERED that attorney Steven R. Sedberry is allowed to withdraw from this case.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated this _____ day of _____, 2005.