IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | ) | |
| | ) | |
| Plaintiff | ) | Judge Joseph J. Farnan, Jr. |
| v. | ) | Magistrate Judge Mary Pat Thynge |
| | ) | |
| NPC INTERNATIONAL, INC., a | ) | Case No.: 1:05-cv-00043-JJF |
| Kansas corporation, d/b/a | ) | |
| Pizza Hut, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the motion of attorney Steven R. Sedberry, one of the attorneys of record for NPC International, Inc. and finding that the motion is well taken and should be granted,

IT IS ORDERED that attorney Steven R. Sedberry is allowed to withdraw from this case.

_____
United States District Court Judge

Dated this __8__ day of __June__, 2005.