IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | C.A. No. 5-043 (JJF) |
| Plaintiff, | * | |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

to be served upon:

Daniel P. Bennett, Esq.  
Heckler & Frabizzo  
800 Delaware Avenue  
Suite 200  
Wilmington, DE 19801

Charles V. Holmes, Esq.  
Steven R. Sedberry, Esq.  
Lewis Fisher Claxton & Mulroy, LLP  
6410 Poplar Avenue  
Memphis, TN 38119

by mailing copies at the address shown above, postage prepaid on June 22, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.  
WILLIAM D. FLETCHER, JR.  
Bar ID #362  
414 South State Street  
P.O. Box 497  
Dover, DE 19903  
Attorneys for Plaintiff

WDF:tcl