## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | C.A. No. 5-043 (JJF) |
| Plaintiff, | * | |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES
and
### PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION

to be served upon:

Daniel P. Bennett, Esq.              Charles V. Holmes, Esq.
Heckler & Frabizzo                   Lewis Fisher Claxton & Mulroy, LLP
800 Delaware Avenue                  6410 Poplar Avenue
Suite 200                            Memphis, TN 38119
Wilmington, DE 19801

by mailing copies at the address shown above, postage prepaid on July 27, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:tcl