IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>NPC INTERNATIONAL, INC., a<br>Kansas corporation, d/b/a<br>Pizza Hut,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   C.A. No. 05-043 (JJF)<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
DIRECTED TO DEFENDANT**

to be served upon:

| | |
|---|---|
| Daniel P. Bennett, Esq.<br>Heckler & Frabizzio<br>800 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801 | Charles V. Holmes, Esq.<br>Lewis Fisher Claxton & Mulroy, LLP<br>6410 Poplar Avenue<br>Memphis, TN 38119 |

by mailing copies at the address shown above, postage prepaid on July 27, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903

WDF:NEP:tcl                                            Attorneys for Plaintiff