IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | C.A. No. 5-043 (JJF) |
| Plaintiff, | * | |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S AFFIDAVIT TO INTERROGATORY ANSWERS**

to be served upon:

Daniel P. Bennett, Esq.  
Heckler & Frabizzo  
800 Delaware Avenue  
Suite 200  
Wilmington, DE 19801

Charles V. Holmes, Esq.  
Lewis Fisher Claxton & Mulroy, LLP  
6410 Poplar Avenue  
Memphis, TN 38119

by mailing copies at the address shown above, postage prepaid on 07/29/2005, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
NOEL E. PRIMOS  
Bar ID #3124  
414 South State Street  
P.O. Box 497  
Dover, DE 19903  
Attorneys for Plaintiff

WDF:tcl