File No. PI05-15917
Document No. 258296

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) Case No. 05-CV-43 (JJF) <br> ) <br> NPC INTERNATIONAL, INC., a ) <br> Kansas corporation, d/b/a ) <br> Pizza Hut, ) <br> ) <br> Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of September, 2005, Defendant's Responses to Plaintiff's First Set of Interrogatories and Defendant's Responses to Plaintiff's First Request for Production were forwarded to counsel as follows via first class mail:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Defendant

Date: September 6, 2005