OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:** September 27, 2005

**TO:** William Fletcher, Esq., Schmittinger & Rodriquez, P.A., Dover, DE

**RE:** CA# 05CV43 JJF  **CASE CAPTION:** Ratliff v. NPC Intl., Inc.

**DOCUMENT TITLE:** DI 15 Initial Disclosures Rule 26, DI 21 Request for Production of Documents, and DI 22 Request for Production of Documents

As noted below, a document has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will has taken the following action on these documents:**

✓ Discovery document(s) erroneously filed: DI# 15, 21, and 22 will be removed from the docket. See Local Rule 5.4 regarding filing of discovery related documents.

✓ Other: Only the certificate of service for each of the above items will remain on the docket.

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   The Honorable Joseph J. Farnan, Jr.          /s/ Ronald B. Eberhard,
                                                    Intake Supervisor/Deputy Clerk

(Rev. 5/05)