File No. PI05-15917
Document No. 272728

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE D. RATLIFF, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NPC INTERNATIONAL, INC., a )<br>Kansas corporation, d/b/a )<br>Pizza Hut, )<br>)<br>Defendant. ) | Case No. 05-CV-43 (JJF) |

### NOTICE OF DEPOSITION

TO: William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

Please take notice that on Tuesday, January 3, 2006, at 10:00 a.m., at the office of Schmittinger & Rodriguez, P.A., 414 S. State Street, Dover, DE 19903-0497, the attorneys for the Defendant will take the deposition of the Plaintiff, Nicole D. Ratliff, pursuant to Federal Rules of Civil Procedure. The deposition will continue from day to day until concluded.

HECKLER & FRABIZZIO

_/s/ Daniel P. Bennett_
DANIEL P. BENNETT, I.D. # 2842
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800 (telephone)
(302) 573-4806 (facsimile)

Date: December 16, 2005

Charles V. Holmes, *Pro Hac Vice*
LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160 (telephone)
(901) 767-7411 (facsimile)

**ATTORNEYS FOR DEFENDANT
NPC INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th of December, 2005, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing NOTICE OF DEPOSITION to:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

DANIEL P. BENNETT