IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * * | C.A. No. 5-043 (JJF) |
| Plaintiff, | * * | |
| v. | * * | TRIAL BY JURY DEMANDED |
| NPC INTERNATIONAL, INC., a Kansas corporation, d/b/a Pizza Hut, | * * * * | |
| Defendant. | * | |

### NOTICE OF DEPOSITION

TO: Daniel P. Bennett, Esq.  
Heckler & Frabizzo  
800 Delaware Avenue  
Suite 200  
Wilmington, DE 19801

Charles V. Holmes, Esq.  
Lewis Fisher Claxton & Mulroy, LLP  
6410 Poplar Avenue  
Memphis, TN 38119

PLEASE TAKE NOTICE that the undersigned attorney will take oral deposition of Mary Massengill on **Tuesday, January 3, 2006**, beginning at 4:00 p.m.

The deposition will take place at the offices of Schmittinger and Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
Noel E. Primos, Esq.  
Bar ID 3124  
414 S. State Street  
P.O. Box 497  
Dover, DE 19903-0497  
Attorneys for Plaintiff

WDF:tcl  
Dated: 12-22-05

cc: Cheryl Anthony