## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITION**
**of Mary Massengill**

to be served upon:

Daniel P. Bennett, Esq.  
Heckler & Frabizzo  
800 Delaware Avenue  
Suite 200  
Wilmington, DE 19801

Charles V. Holmes, Esq.  
Lewis Fisher Claxton & Mulroy, LLP  
6410 Poplar Avenue  
Memphis, TN 38119

by mailing copies to address shown above, postage prepaid on December 22, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
Noel E. Primos, Esq.  
Bar ID 3124  
414 S. State Street  
P.O. Box 497  
Dover, DE 19903-0497  
302-674-0140  
Attorneys for Plaintiff

WDF:tcl