IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | C.A. No. 5-043 (JJF) |
| Plaintiff, | * | |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF DEPOSITIONS**

TO:  Daniel P. Bennett, Esq.          Charles V. Holmes, Esq.
     Heckler & Frabizzo                Lewis Fisher Claxton & Mulroy, LLP
     800 Delaware Avenue               6410 Poplar Avenue
     Suite 200                         Memphis, TN 38119
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on **Wednesday, January 4, 2006**, as follows:

Mandy Glick, beginning at 10:00 a.m.,
Chris Sergeant, beginning at 1:00 p.m., and
Matthew Maher, beginning at 3:00 p.m.

The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos, Esq.
Bar ID 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl
Dated: 12-22-05

cc:  Cheryl Anthony