LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
ADAM C. GERBER

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

February 15, 2006

Judge Joseph J. Farnan, Jr.
U.S. District Court
844 North King Street
Room 4209
Wilmington, DE 19801

RE: **Ratliff v. NPC International, Inc.**
C.A. No.: 05-043 (JJF)

Dear Judge Farnan:

I represent Plaintiff Nicole Ratliff in the above matter. Defendant NPC International, Inc. is represented by Charles V. Holmes, Esquire and Daniel P. Bennett, Esquire. I am writing to inform the Court that we have just settled this case. Under the circumstances, this matter may be removed from the Court's calendar. We will see that a Stipulation of Dismissal is filed in the immediate future. I appreciate the Court's consideration of this matter.

Respectfully yours,

NOEL E. PRIMOS

WDF:tcl
cc:   Charles V. Holmes, Esquire (via facsimile)
      Daniel P. Bennett, Esquire (via facsimile)
      Clerk, U.S. District Court