IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 05-043 (JJF) |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that the above-captioned matter shall be dismissed with prejudice. Each party shall be responsible for its court costs and attorneys fees.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP

BY: /s/ Charles V. Holmes
CHARLES V. HOLMES
6410 Poplar Avenue
Memphis, TN 38119
Attorneys for Defendant

DATED: 2/22/06