IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE D. RATLIFF, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 05-043 (JJF) |
| | * | |
| NPC INTERNATIONAL, INC., a | * | |
| Kansas corporation, d/b/a | * | |
| Pizza Hut, | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that the above-caption ed matter shall be dismissed with prejudice. Each party shall be responsible for its court costs and attorneys fees.

SCHMITTINGER & RODRIGUEZ, P.A.          HECKLER & FRABIZZIO

BY: ___/s/ William D. Fletcher, Jr.___          BY: ___/s/ Daniel P. Bennett___
WILLIAM D. FLETCHER, JR.                     DANIEL P. BENNETT
Bar I.D. No. 362                             800 Delaware Ave,. Ste 200
414 S. State Street                          Wilmington, DE 19801
P.O. Box 497                                 Attorneys for Defendant
Dover, DE 19903
Attorneys for Plaintiff

DATED: 2/24/06