CLOSED, MEDIATION

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00043-JJF
#### Internal Use Only

| | |
|---|---|
| Ratliff v. NPC Intl Inc. | Date Filed: 01/26/2005 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:1332 Diversity-Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole D. Ratliff** | represented by | **William D. Fletcher, Jr.**<br>Schmittinger & Rodriguez, P.A.<br>414 S State St.<br>P.O. Box 497<br>Dover, DE 19903<br>(302) 674-0140<br>Email: wfletcher@schmittrod.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **NPC International Inc.**<br>*a Kansas corporation*<br>*doing business as*<br>Pizza Hut | represented by | **Daniel P. Bennett**<br>Heckler & Frabizzio<br>800 Delaware Avenue, Suite 200<br>P.O. Box 128<br>Wilmington, DE 19899-0128<br>(302) 573-4800<br>Fax: (302) 573-4806<br>Email: dbennett@hfddel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2005 | 1 | NOTICE OF REMOVAL and copy of documents from Superior CT/DE Kent County filed by NPC International Inc. FILING FEE $ 150.00 RECEIPT # 137832 (mwm) (Entered: 01/27/2005) |
| 01/26/2005 | | DEMAND for jury trial by Nicole D. Ratliff, NPC Intl Inc. (mwm) (Entered: 01/27/2005) |
| 01/28/2005 | 2 | ANSWER to Complaint by NPC Intl Inc. (dab) (Entered: 02/01/2005) |

| | | |
|---|---|---|
| | | (afb, ). (Entered: 06/06/2005) |
| 06/08/2005 | 13 | ORDER granting 12 MOTION to Withdraw filed by NPC International Inc.; IT IS ORDERED that attorney Steven R. Sedberry is allowed to withdraw from this case. Signed by Judge Joseph J. Farnan, Jr. on 06/08/05. (afb, ) (Entered: 06/08/2005) |
| 06/10/2005 | 14 | ORDER Setting Hearings; Pretrial Conference set for 5/4/2006 at 11:00 AM in Courtroom 4B before Honorable Joseph J. Farnan, Jr. Signed by Judge Joseph J. Farnan, Jr. on 06/10/05. (afb, ) (Entered: 06/10/2005) |
| 06/22/2005 | 15 | NOTICE OF SERVICE for Plaintiff's Initial Disclosures pursuant to FRCP 26a(a)(1) Modified on 9/27/2005, removing MAIN DOCUMENT and SEALED EXHIBIT, leaving only the Notice of Service (rbe, ). (Entered: 06/22/2005) |
| 06/22/2005 | | CORRECTING ENTRY: Exhibit to D.I. 15 was placed under seal. (afb, ) (Entered: 06/23/2005) |
| 07/25/2005 | 16 | ORDER Setting Mediation Conferences: Mediation Conference set for 1/31/2006 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 7/25/2005. (cab, ) (Entered: 07/25/2005) |
| 07/27/2005 | 17 | NOTICE OF SERVICE of Plaintiff's Answers to defendants first Interrogatories and Plaintiff's Responses to Defendant's Request for Production by Nicole D. Ratliff.(Fletcher, William) (Entered: 07/27/2005) |
| 07/27/2005 | 18 | NOTICE OF SERVICE of Notice of Service for plaintiffs first set of interrogatories directed to defendant and plaintiffs first request for production directed to defendant by Nicole D. Ratliff.(Fletcher, William) (Entered: 07/27/2005) |
| 07/29/2005 | 19 | NOTICE OF SERVICE of Notice of Service for Plaintiffs affidavit to interrogatory answers by Nicole D. Ratliff.(Fletcher, William) (Entered: 07/29/2005) |
| 09/06/2005 | 20 | NOTICE OF SERVICE of Defendant's Responses to Plaintiff's First Set of Interrogatories and Defendant's Responses to Plaintiff's First Request for Production by NPC International Inc..(Bennett, Daniel) (Entered: 09/06/2005) |
| 09/21/2005 | 21 | NOTICE OF SERVICE of REQUEST for Production of Documents directed to Defendant NPC International, INC. by Nicole D. Ratliff. (Fletcher, William) Modified on 9/27/2005 to remove actual discovery document, leaving just the Notice on the docket (rbe, ). (Entered: 09/21/2005) |
| 09/22/2005 | 22 | NOTICE OF SERVICE of REQUEST for Production of Documents directed to Defendant NPC International, INC. by Nicole D. Ratliff. (Fletcher, William) Modified on 9/27/2005 to remove actual discovery document, leaving just the Notice on the docket (rbe, ). Presiding Judge: Farnan, Jr. , Joseph J. (Entered: 09/22/2005) |