OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21, 2006

William D. Fletcher, Jr.
Schmittinger & Rodriguez, P.A.
414 S State St.
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Email:wfletcher@schmittrod.com

RE:   Nicole D. Ratliff, v. NPC International Inc.
      Civ. No.: 05-043 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEM(S):   15.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____Beth Dunc_____

I hereby acknowledge receipt of the above mentioned documents on ___8-23-06___.

_____HK Brode_____
Signature